**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RYAN GREGORY,          )<br>  Plaintiff                          )<br>                                         )<br>VS.                                   )<br>                                         )<br>PORTFOLIO RECOVERY ASSOCIATES,  )<br>LLC,                                )<br>  Defendant                     ) | CIVIL ACTION:<br>NO.: 3:17-CV-00886 (JAM)<br><br><br><br><br><br>OCTOBER 8, 2017 |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff, Brent Hixson, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant.

Dated: Hartford, Connecticut
           October 8, 2017

                              THE PLAINTIFF,
                              RYAN GREGORY

                              BY:  _____/s/_____
                                      Roderick D. Woods, Esq.
                                      The Woods Law Firm, LLC
                                      100 Pearl Street
                                      14th Floor
                                      Hartford, Connecticut 06103
                                      Federal Bar #ct29447
                                      Attorney for the Plaintiff

## CERTIFICATION

I hereby certify that on October 8, 2017, a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                          _____/s/_____
                                          Roderick D. Woods, Esq.
                                          The Woods Law Firm, LLC
                                          100 Pearl Street
                                          14th Floor
                                          Hartford, Connecticut 06103
                                          Federal Bar #ct29447
                                          Attorney for the Plaintiff